

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

GARY GONZALEZ, § No. 08-13-00326-CV

                Appellant, § Appeal from the

v. § 171st District Court

IONE GRIMM, § of El Paso County, Texas

                Appellee. § (TC# 2008-3874)

§

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 26, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark Berry, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 26, 2014.

IT IS SO ORDERED this 11th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.